No. 2802. GRATIOT ET AL., APELADOS *v.* HAGEN, APELANTE. *Injunction.* Resuelto en julio 6, 1922. Habiéndose apro-

bado la exposición del caso para esta apelación, pero sin haberse radicado la transcripción en esta corte dentro del término legal, se desestima la apelación.